**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             September 29, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 09-cv-00610-RPM

| | |
|---|---|
| ELIZABETH CARDENAS and | Jordan Factor |
| GEORGE WITTNER, parents and | James S. Helfrich |
| next friends to Decedent, IAN WITTNER, | Eric L. Steiner |
| | Daniel P. Gerash |
| Plaintiffs, | |
| v. | |
| BANNER HEALTH, an Arizona nonprofit organization | Tracy L. Van Pelt |
| d/b/a NORTH COLORADO MEDICAL CENTER; | Sara M. Cantrick |
| ROBERT GEORGE RUEGG, M.D.; | |
| SUSAN J. PONDER, R.N.; and | |
| JOHN DOES 1-25, | |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**9:28 a.m.    Court in session.**

Defendants' client representatives Gloria Ybarra and Lynn Runyan are present.

Court's preliminary remarks.

**ORDERED:    Tracy L. Van Pelt appearance entered for defendants.**

Court states its understanding of the case.

10:32 a.m.    Argument by Ms. Van Pelt.

**ORDERED:    Defendants' Motion to Dismiss Plaintiffs' Claim Brought Pursuant to 42
             U.S.C. § 1983, filed June 8, 2009 [3], is denied.
             Defendants shall file an answer in accordance with the rules.**

**10:36 a.m. Court in recess.**         Hearing concluded.  Total time: 8 min.