**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  December 11, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 09-cv-00610-RPM

| | |
|---|---|
| ELIZABETH CARDENAS and | Eric L. Steiner |
| GEORGE WITTNER, parents and | Daniel P. Gerash |
| next friends to Decedent, IAN WITTNER, | |
| | |
| Plaintiffs, | |
| v. | |
| | |
| BANNER HEALTH, an Arizona nonprofit organization | Tracy L. Van Pelt |
| d/b/a NORTH COLORADO MEDICAL CENTER; | Sara M. Cantrick |
| ROBERT GEORGE RUEGG, M.D. and | |
| SUSAN J. PONDER, | |
| | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**9:50 a.m.     Court in session.**

Discussion regarding defendant's pending motions filed December 10, 2009.

**ORDERED:    Ruling on Defendants' Motion for Summary Judgment Based Upon Qualified Immunity, filed December 10, 2009 [17], is deferred with a formal order to enter.
Plaintiff's time to respond to the motion for summary judgment is deferred until further order by the Court.
Defendant's Motion for Stay of Discovery, filed December 10, 2009 [18], is denied.
Defendants' Motion for Extension of Time to Respond to Plaintiffs' First Set of Written Discovery, filed December 10, 2009 [19], is denied.**

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding case facts, claims and discovery.

**ORDERED:    Scheduling Order approved.**

**10:05 a.m. Court in recess.**

Hearing concluded.  Total time: 15 min.