IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO constitutionality
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00610-RPM

ELIZABETH CARDENAS and
GEORGE WITTNER, parents and next friends to Decedent, IAN WITTNER,

    Plaintiffs,

v.

BANNER HEALTH, an Arizona nonprofit organization,
  d/b/a NORTH COLORADO MEDICAL CENTER;
ROBERT GEORGE RUEGG, M.D.;
SUSAN J. PONDER, R.N.; and
JOHN DOES 1-25,

    Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

    Upon consideration of Plaintiffs' Unopposed Motion to Amend Scheduling Order [26], it is

    ORDERED that the motion is granted and the Scheduling Order is amended to reflect a revised deadine for joinder of parties and amendment of pleadings of February 24, 2010.

    DATED January 25th, 2010

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____

                                             Richard P. Matsch, Senior Judge