IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 22, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-00610-RPM

| | |
|---|---|
| LIZBETH CARDENAS and | Daniel P. Gerash |
| GEORGE WITTNER, parents and | Eric L. Steiner |
| next friends to Decedent, IAN WITTNER, and | |
| LIZBETH CARDENAS as Personal Representative of the | |
| ESTATE OF IAN F.J. WITTNER, | |

      Plaintiffs,

v.

| | |
|---|---|
| BANNER HEALTH, an Arizona nonprofit organization | Tracy L. Van Pelt |
| d/b/a NORTH COLORADO MEDICAL CENTER; | Sara M. Cantrick |
| ROBERT GEORGE RUEGG, M.D.; and | |
| SUSAN J. PONDER, R.N., | |

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**11:27 a.m.**     **Court in session.**

Court's preliminary remarks.

11:30 a.m.     Argument by Mr. Gerash.

**ORDERED:**     **Plaintiffs' Motion to Compel Full Documents or Request For In Camera Review By The Court, filed March 9, 2010 [32], is denied.**

**ORDERED:**     **Defendants' Motion for Summary Judgment Based Upon Qualified Immunity, filed December 10, 2009 [17], is terminated as defendants may file a new dispositive motion based on the Amended Complaint filed.
Counsel may stipulate to an earlier dispositive motions deadline.**

**11:47 a.m. Court in recess.**     Hearing concluded. Total time: 20 min.