IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00610-RPM

LIZBETH CARDENAS and
GEORGE WITTNER, as natural parents and next friends to Decedent, IAN WITTNER, and
LIZBETH CARDENAS, as Personal Representative of the Estate of IAN WITTNER,

    Plaintiffs,
v.

BANNER HEALTH, an Arizona nonprofit organization,
  d/b/a NORTH COLORADO MEDICAL CENTER;
ROBERT GEORGE RUEGG, M.D.;
SUSAN J. PONDER, R.N.; and
JOHN DOES 1-25,

    Defendants.
_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

Upon consideration of the Unopposed Motion to Amend Scheduling Order for Purpose of Endorsement of Rebuttal Expert Witnesses [42], filed on July 20, 2010, it is

ORDERED that the motion is granted and the deadline for plaintiffs to endorse rebuttal experts is extended to and including August 6, 2010.

DATED: July 21st, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge