**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    March 22, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 09-cv-00610-RPM

| | |
|---|---|
| LIZBETH CARDENAS and | Jordan Factor |
| GEORGE WITTNER, parents and | Eric L. Steiner |
| next friends to Decedent, Ian Wittner, and | Daniel P. Gerash |
| LIZBETH CARDENAS as Personal Representative of the | |
| Estate of Ian Wittner, | |

     Plaintiffs,

v.

| | |
|---|---|
| BANNER HEALTH, an Arizona nonprofit organization | Tracy L. Van Pelt |
| ROBERT GEORGE RUEGG, M.D.; and | |
| SUSAN J. PONDER, R.N., | |

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment on First Claim for Relief**

**2:00 p.m.**      **Court in session.**

Court's preliminary remarks and states its understanding of the core facts.

Argument by Ms. Van Pelt [47] and [48].
Argument by Mr. Factor.

**Court's findings as stated on record.**

**ORDERED:**   Defendants Ruegg and Ponder's Motion for Summary Judgment Based on Qualified Immunity, filed October 20, 2010 [47], is granted dismissing First Claim for Relief under 42 U.S.C. § 1983.

                Defendant Banner Health's Motion for Summary Judgment, filed October 20, 2010 [48], is granted as to First Claim for Relief under 42 U.S.C. § 1983.

                Second, Third and Fourth Claims for Relief are dismissed without prejudice for lack of jurisdiction.

**2:33 p.m. Court in recess.**              Hearing concluded.  Total time: 33 min.