IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00610-RPM

LIZBETH CARDENAS and
GEORGE WITTNER, as natural parents and next friends to Decedent, IAN WITTNER, and
LIZBETH CARDENAS, as Personal Representative of the Estate of IAN WITTNER,

    Plaintiffs,
v.

BANNER HEALTH, an Arizona nonprofit organization,
  d/b/a NORTH COLORADO MEDICAL CENTER;
ROBERT GEORGE RUEGG, M.D.; and
SUSAN J. PONDER, R.N.,

    Defendants.

_____

ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT
_____

    On April 18, 2011, the plaintiffs filed a motion to alter or amend judgment, asking that this Court remand the state law claims which were dismissed without prejudice to the Weld County District Court. This civil action was filed in this court. The plaintiffs seek to use the proceedings in this court to advance their state law claims in a court of proper jurisdiction. The difficulty with the plaintiffs' request is that this action was never pending in the state court and what effect, if any, this litigation may have on the state claims in the state court is a matter for that court's determination. There is no basis for remand of a case which was not removed from the state court. Accordingly, it is

    ORDERED that the plaintiffs' motion to alter or amend judgment is denied.

    DATED: April 19th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge