IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00610-RPM

LIZBETH CARDENAS and
GEORGE WITTNER, as natural parents and next friends to Decedent, IAN WITTNER, and
LIZBETH CARDENAS, as Personal Representative of the Estate of IAN WITTNER,

      Plaintiffs,
v.

BANNER HEALTH, an Arizona nonprofit organization,
  d/b/a NORTH COLORADO MEDICAL CENTER;
ROBERT GEORGE RUEGG, M.D.; and
SUSAN J. PONDER, R.N.,

      Defendants.

_____

### ORDER FOR ENTRY OF JUDGMENT
_____

      Pursuant to the Mandate entered by the United States Court of Appeals for the Tenth Circuit [87] today, it is

      ORDERED that the Clerk is directed to enter judgment for defendants.

      DATED:   July 16th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge