IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00610-RPM

LIZBETH CARDENAS and
GEORGE WITTNER, as natural parents and next friends to Decedent, IAN WITTNER, and
LIZBETH CARDENAS, as Personal Representative of the Estate of IAN WITTNER,

    Plaintiffs,
v.

BANNER HEALTH, an Arizona nonprofit organization,
  d/b/a NORTH COLORADO MEDICAL CENTER;
ROBERT GEORGE RUEGG, M.D.; and
SUSAN J. PONDER, R.N.,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Order for Entry of Judgment entered by Senior Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED that judgment is entered for Defendants Banner Health, d/b/a North Colorado Medical Center; Robert George Ruegg, M.D., and Susan J. Ponder, R.N., and against Plaintiffs Lizbeth Cardenas and George Wittner, as natural parents and next friends to Decedent, Ian Wittner, and Lizbeth Cardenas, as Personal Representative of the Estate of Ian Wittner,

    DATED:  July 16th, 2013

                                FOR THE COURT:

                                JEFFREY P. COLWELL, Clerk

                                    s/M. V. Wentz
                            By_____
                                       Deputy